# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00254-CV

**Melody Alecia Moore Jaehne, Appellant**

**v.**

**Leexus Oil and Gas, LLP, Appellee**

## FROM THE 335TH DISTRICT COURT OF LEE COUNTY
## NO. 16,383, THE HONORABLE CARSON TALMADGE CAMPBELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Melody Alecia Moore Jaehne has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Kelly

Dismissed on Appellant's Motion

Filed: November 19, 2020